COURTROOM MINUTES

JUDGE Hittner                                              PRESIDING

COURTROOM CLERK       E. Alexander

COURT REPORTER    Mayra Malone

LAW CLERK    Pat Fackrell

MORNING            AFTERNOON
SESSION 11:00 - 1:00  SESSION 5:15 - 5:30    DATE: 4/24/19

---

DOCKET ENTRY

(DH ) 4:16-2462                          (Rptr- Malone         )
        (PROCEEDINGS: 3rd day Jury Trial)

Luis Enrique Cristain,         V.   Hunter Buildings and Manufacturing, Inc.,

Appearances: For Plaintiff: Jakki Hanson

For Defendant:  Gregg Kronenberger

Jury Trial held.  Closing arguments held.  Jury deliberations held and concluded.

Jury Verdict in favor of Plaintiff.  Final Judgment to issue.

---

Witnesses: