IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE CRISTAIN<br>Plaintiff,<br>v.<br>HUNTER BUILDINGS &<br>MANUFACTURING, LP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. 4:16-cv-2462 |

# JURY INSTRUCTIONS

It is important for you to distinguish between the arguments of counsel and the evidence on which those arguments rest. What the lawyers say or do is not evidence. You may, however, consider their arguments in light of the evidence that has been admitted and determine whether the evidence admitted in this trial supports the arguments. You must determine the facts from all the testimony that you have heard and the other evidence submitted. You are the judges of the facts, but in finding those facts, you must apply the law as I instruct you.

You are required by law to decide the case in a fair, impartial, and unbiased manner, based entirely on the law and on the evidence presented to you in the courtroom. You may not be influenced by passion, prejudice, or sympathy you might have for the plaintiff or the defendant in arriving at your verdict.

## **Burden of Proof: Preponderance of the Evidence**

Plaintiff has the burden of proving his case by a preponderance of the evidence. To establish by a preponderance of the evidence means to prove something is more likely so than not so. If you find that Plaintiff has failed to prove any element of his claim by a preponderance of the evidence, then he may not recover on that claim.

## **Evidence**

The evidence you are to consider consists of the testimony of the witnesses, the documents and other exhibits admitted into evidence, and any fair inferences and reasonable conclusions you can draw from the facts and circumstances that have been proven.

Generally speaking, there are two types of evidence. One is direct evidence, such as testimony of an eyewitness. The other is indirect or circumstantial evidence. Circumstantial evidence is evidence that proves a fact from which you can logically conclude another fact exists. As a general rule, the law makes no distinction between direct and circumstantial evidence, but simply requires that you find the facts from a preponderance of all the evidence, both direct and circumstantial.

**Witnesses**

You alone are to determine the question of credibility or truthfulness of the witnesses. In weighing the testimony of the witnesses, you may consider the witness's manner and demeanor on the witness stand, any feelings or interest in the case, or any prejudice or bias about the case, that he or she may have, and the consistency or inconsistency of his or her testimony considered in the light of the circumstances. Has the witness been contradicted by other credible evidence? Has he or she made statements at other times and places contrary to those made here on the witness stand? You must give the testimony of each witness the credibility that you think it deserves.

Even though a witness may be a party to the action and therefore interested in its outcome, the testimony may be accepted if it is not contradicted by direct evidence or by any inference that may be drawn from the evidence, if you believe the testimony.

You are not to decide this case by counting the number of witnesses who have testified on the opposing sides. Witness testimony is weighed; witnesses are not counted. The test is not the relative number of witnesses, but the relative convincing force of the evidence. The testimony of a single witness is sufficient to prove any

fact, even if a greater number of witnesses testified to the contrary, if after considering all of the other evidence, you believe that witness.

## No Inference From Filing Suit

The fact that a person brought a lawsuit and is in court seeking damages creates no inference that the person is entitled to a judgment. Anyone may make a claim and file a lawsuit. The act of making a claim in a lawsuit, by itself, does not in any way tend to establish that claim and is not evidence.

## Question No. 1

Did Hunter Buildings & Manufacturing, LP fire Luis Enrique Cristain because he instituted or caused to be instituted a worker's compensation claim in good faith?

There may be more than one cause for an employment decision. An employer does not fire an employee for instituting or causing to be instituted a workers' compensation claim in good faith if the employer would have fired the employee when it did even if the employee had not instituted or caused to be instituted a worker's compensation claim in good faith.

Answer "Yes" or "No."

Answer: _Yes_

You are instructed that any monetary recovery for lost wages, mental anguish or exemplary damages is subject to federal income taxes.

Case 4:16-cv-02462   Document 78   Filed on 04/24/19 in TXSD   Page 9 of 15

If you answered "yes" to Question No. 1, then answer the following question. If you answered "No" to Question No. 1, proceed directly to the Verdict Form, Page 16.

### Question No. 2

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Luis Enrique Cristain for his damages, if any, that resulted from such conduct?

    Consider the following elements of damages, if any, and none other.

    Do not include interest on any amount of damages you may find.

    Do not include backpay or interest in calculating compensatory damages, if any.

    Reduce lost wages, if any, by wages earned, if any, in the past.

    Answer separately in dollars and cents for damages, if any.

    1.    Lost earnings and employee benefits in the past (between date of firing and today).

        Answer: $49,512.50

    2.    Compensatory damages in the past, which include emotional pain and suffering, inconvenience, and mental anguish.

        Answer: $29,087.50

## **Question No. 3**

Do you find by clear and convincing evidence that the harm to Luis Enrique Cristain resulted from malice?

"Clear and convincing evidence" means the measure of degree of proof that produces a firm belief or conviction of the truth of the allegations sought to be established.

"Malice" means a specific intent by Hunter Building & Manufacturing, LP to cause substantial injury or harm to Luis Enrique Cristain.

Answer "Yes" or "No."

Answer: _Yes_

If you answered "yes" to Question No. 3, then answer the following question. If you answered "No" to Question No. 3, proceed directly to the Verdict Form, Page 16.

### Question No. 4

What sum money, if any, if paid now in cash, should be assessed against Hunter Buildings & Manufacturing, LP and awarded to Luis Enrique Cristain as exemplary damages, if any, for the conduct found in response to Question 1? Do you find by clear and convincing evidence that the harm to Luis Enrique Cristain resulted from malice?

"Exemplary damages" means an amount that you may in your discretion award as a penalty or by way of punishment.

Factors to consider in awarding exemplary damages, if any, are—

1. The nature of the wrong.

2. The character of the conduct involved.

3. The degree of culpability of Hunter Buildings & Manufacturing, LP.

4. The situation and sensibilities of the parties involved.

5. The extent to which such conduct offends a public sense of justice and propriety.

6. The net worth of Hunter Buildings & Manufacturing, LP.

Answer in dollars and cents, if any.

Answer: $160,000

13

## Duty to Deliberate

It is now your duty to deliberate and to consult with one another in an effort to reach a verdict. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence with your fellow jurors. During your deliberations, do not hesitate to re-examine your own opinions and change your mind if you are convinced that you were wrong. But do not give up on your honest beliefs because the other jurors think differently, or just to finish the case.

Remember at all times, you are the judges of the facts. You have been allowed to take notes during this trial. Any notes that you took during this trial are only aids to memory. If your memory differs from your notes, you should rely on your memory and not on the notes. The notes are not evidence. If you did not take notes, rely on your independent recollection of the evidence and do not be unduly influenced by the notes of other jurors. Notes are not entitled to greater weight than the recollection or impression of each juror about the testimony.

When you go into the jury room to deliberate, you may take with you a copy of this charge, the exhibits that I have admitted into evidence, and your notes. You must select a presiding juror to guide you in your deliberations and to speak for you here in the courtroom.

Your verdict must be unanimous. After you have reached a unanimous verdict, your presiding juror must fill out the answers to the written questions on the verdict form and sign and date it. After you have concluded your service and I have discharged the jury, you are not required to talk with anyone about the case.

If you need to communicate with me during your deliberations, the presiding juror should write the inquiry and give it to the court security officer. After consulting with the attorneys, I will respond either in writing or by meeting with you in the courtroom. Keep in mind, however, that you must never disclose to anyone, not even me, your numerical division on any question.

You may now proceed to the jury room to begin your deliberations.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE CRISTAIN<br>Plaintiff,<br>v.<br>HUNTER BUILDINGS &<br>MANUFACTURING, LP<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION No. 4:16-cv-2462 |

## **VERDICT**

We, the jury, return the foregoing as our unanimous verdict.

_4/24/2019_
Date