UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE CRISTAIN | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:16-cv-2462 |
| | § | |
| HUNTER BUILDINGS & | § | |
| MANUFACTURING, LP | § | |
| Defendant. | § | |

# **FINAL JUDGMENT**

As the jury has returned its verdict in favor of the Plaintiff, the Court hereby ORDERS that final judgment be entered in favor of the Plaintiff.

In accordance with the jury verdict, Defendant Hunter Buildings & Manufacturing, LP is hereby ORDERED to pay to Plaintiff the following:

$ 49,512.50      for lost earnings and employee benefits in the past;

$ 29,087.50      for compensatory damages in the past; and

$ 160,000.00     for exemplary damages.

This is a FINAL JUDGMENT.

Signed at Houston, TX on the_____ day of May, 2019.

_____
DAVID HITTNER
United States District Judge