IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LUIS ENRIQUE CRISTAIN, | § | |
|    Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION No. 4:16-cv-2462 |
| | § | |
| HUNTER BUILDINGS & | § | |
| MANUFACTURING, LP, | § | |
|    Defendant | § | JURY DEMANDED |

## DEFENDANT'S NOTICE OF APPEAL

Notice is hereby given that Defendant Hunter Buildings & Manufacturing, L.P hereby appeals to the United States Court of Appeals for the Fifth Circuit from: (a) the denial of the Defendant's motion for judgment as a matter of law at the close of the Plaintiff's case (Doc. 74); (b) the jury instructions issued (Doc. 78); (c) the jury verdict entered in this action on April 24, 2019 (Doc. 78); (d) the final judgment entered in this action on the May 8, 2019 (Doc. 85); and (e) the order denying the Defendant's Rule 50 and Rule 59 motion entered in this action on November 13, 2019 (Doc. 91).

Dated December 13, 2019.

                                          Respectfully submitted,

                                          /s/ Gregg R. Kronenberger
                                          Attorney-in-Charge
                                          S.D. TX ID No. 1116154
                                          State Bar No. 24039998
                                          **KRONENBERGER LAW FIRM, PLLC**
                                          11701 FM 2244 Rd.
                                          Suite 215-B
                                          Austin, Texas 78738
                                          Telephone: (512) 777-4141
                                          Facsimile:  (512) 402-3313
                                          E-mail: gregg@gkronenberger.com

                                          ***Attorneys for Defendant Hunter***
                                          ***Buildings & Manufacturing, L.P.***

## CERTIFICATE OF SERVICE

     I hereby certify that on this 13th day of December 2019, I filed the foregoing *Defendant's Notice of Appeal* with the Court's CM/ECF system, which will serve the following counsel of record:

Jakki A. Hansen
**THE HANSEN LAW FIRM, P.C.**
10190 Katy Freeway, Ste. 440
Houston, Texas 77043
Telephone: (281) 888-4364
Facsimile: (888) 492-9819
E-mail: jhansen@hansenlawfirmpc.com

***Attorney for Plaintiff Luis Enrique Cristain***

                                          /s/ Gregg R. Kronenberger

**No. 4:16-cv-2462**
Luis Enrique Cristain v. Hunter Buildings & Manufacturing, LP
*Defendant's Notice of Appeal*