# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED
*May 14, 2020*
David J. Bradley, Clerk of Court

No. 19-20856
4:16-cv-2462

LUIS ENRIQUE CRISTAIN,

    Plaintiff - Appellee

v.

HUNTER BUILDINGS & MANUFACTURING, L.P.,

    Defendant - Appellant

A True Copy
Certified order issued May 14, 2020

*Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court
for the Southern District of Texas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of May 14, 2020, pursuant to appellant's motion.

                                  LYLE W. CAYCE
                                  Clerk of the United States Court
                                  of Appeals for the Fifth Circuit

By: _____
Jann M. Wynne, Deputy Clerk

            ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 14, 2020

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

      No. 19-20856    Luis Cristain v. Hunter Buildings & Mfg, L.P.  
                           USDC No. 4:16-CV-2462

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Jann M. Wynne, Deputy Clerk  
                            504-310-7688

cc w/encl:  
    Ms. Jakki A. Hansen  
    Mr. Gregg R. Kronenberger